UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GENEVIEVE  YORK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:12-cv-00151-SEB-TAB |
| | ) | |
| WILLOW CROSSING HEALTH & REHAB, | ) | |
| KEEPSAKE VILLAGE, | ) | |
| WILLOW CROSSING HEALTH AND | ) | |
| REHABILITATION CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed with prejudice.**


Date: _10/23/2013_____

_Sarah Evans Barker_

Distribution:                                             SARAH EVANS BARKER, JUDGE
                                                         United States District Court
                                                         Southern District of Indiana

GENEVIEVE YORK
1717 California St
Columbus, IN 47201

All Electronically Registered Counsel