UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENEVIEVE YORK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:12-cv-00151-SEB-TAB |
| ) | |
| WILLOW CROSSING HEALTH & REHAB, ) | |
| KEEPSAKE VILLAGE, ) | |
| WILLOW CROSSING HEALTH AND ) | |
| REHABILITATION CENTER, ) | |
| ) | |
| Defendants. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date:  10/23/2013

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

GENEVIEVE YORK
1717 California St
Columbus, IN 47201

All Electronically Registered Counsel